Jan 4, 2014

U.S. Bankruptcy Courts
Attn: Kenneth Gardner
219 S. Dearborn
Chicago, Ill 60604

Dear Mr. Gardner,

Today @ 12:45 p.m. I learned that because I did my post-filing on the 6/24/13 & had my bankruptcy case closed but not discharged, no one shared with me the lateness and the consequences that I would encur. My fault for not understanding.

However, I am told to ask the courts to re-open my case 13-B 08188. I was in court on 5/22/13 and I called the post-filing the week of the 20th I had to call twice before it would go through.

Pg 2

I am in Georgia and I live on Social Security benefits of $746.00 (letter attached) my rent is $500 and I have an HMO plan where doctors visit are $35.00 a pop and I have to schedule my doctor visits very carefully to hang onto some money.

I am asking the court to please waiver this $200.00 fee and re-open my case so that it can finally be discharge. I cannot afford $200.00 I can't work due to Arthritis in both of my knees.

If you have any question please call me at 678-939-9659

Thank you
Calletta Anderson
3233 New Rutlodge
Kennesaw GA 30152

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474
Date: April 22, 2013
Claim Number: ___

M24  00000409     1 SP  2.039        T
COLLETTE ANDERSON
1416 SHIRLEY DRIVE
CALUMET CITY IL 60409-6015

We are writing to let you know that you are entitled to monthly retirement benefits from Social Security beginning November 2012.

## Your Benefits

As you asked, we will withhold money from your checks to collect the overpayment of $20,101.00. We will withhold $10.00 each month for 2010 months beginning April 2013. After we collect the money, we will raise your benefits back to your regular monthly payment amount.

## What We Will Pay

- Your first payment is for $746.00.

- This is the money you are due through April 2013.

- After that, you will receive $746.00 on or about the third of each month.

Your monthly payments will go to the financial institution you selected.

## Information About Medicare

You will still be entitled to hospital and medical insurance coverage from Medicare under the claim number we have shown above. We will send you a new Medicare card with this number on it.

## The Basis For Our Decision

Based on the information given to us, you were born on November 6, 1946.

Enclosure(s):
Pub 05-10077
Pub 05-10058

C                            See Next Page

