UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE# 13-08188 |
| | ) | CHAPTER 7 |
| COLLETTE ANDERSON -Tillman | ) | JUDGE CAROL A. DOYLE |
| | ) | |
| | ) | |

### NOTICE OF MOTION

TO:

VIA U.S. MAIL

ALL parties on the attached notice list.

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 02 2014

JEFFREY P. ALLSTEADT, CLERK
PS REP. - AJ

Please take notice that on June 18, 2014 at 10:00a.m.or as soon thereafter as counsel may be heard, I, shall appear before the Honorable Carol A. Doyle, in Courtroom 742 at 219 S. Dearborn, Chicago, IL 60604, or before such other judge who may be presiding in his place and stead, and shall then and there present the attached motion, a copy of which is attached hereto and herewith served upon you.

### PROOF OF SERVICE

Person mailing, hereby certifies that he has caused to be served a copy of this noticed and the attached motion upon the parties named above by placing same in an envelope addressed as indicated above and depositing it in the U.S. mail, postage prepaid, on or before mailing date at mailing address

<u>Signature of person certifying</u>

Jnr Adjustment Company
Po Box 27070
Minneapolis, MN 55427-0070

Komyatte & Casbon, P.C.
c/o Lake Imaging LLC
9650 Gordon Dr.
Highland, IN 46322-2909

MRSI
2250 E. Devon Ave Ste 352
Des Plaines, IL 60018-4521

Mcsi Inc
Po Box 327
Palos Heights, IL 60463-0327

Medical Business Bureau
1460 Renaissance Dr
Ste 400
Park Ridge, IL 60068-1349

Monarch Recovery Management, Inc.
10965 Decatur Rd.
Philadelphia, PA 19154-3210

NIPSCO
Attn: Bankruptcy Department
PO Box 13007
Merrillville, IN 46411-3007

Ncb Fsb
139 S. High St
Hillsboro, OH 45133-1442

North Star Capital Acquisitions LLC
c/o Jefferson Capital
PO Box 7999
Saint Cloud, MN 56302-7999

Northwest Collectors
3601 Algonquin Rd. Suite 232
Rolling Meadows, IL 60008-3143

Oak Trust Cu
1811 W Diehl Rd Ste 700
Naperville, IL 60563-6425

PRA Receivables Management, LLC
c/o First National Bank of Omaha
PO Box 41067
Norfolk, VA 23541-1067

Pallino Receivables II LLC
c/o Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Pellettieri
991 Oak Creek Dr
Lombard, IL 60148-6408

Prairie State College
202 South Halsted St.
Chicago Heights, IL 60411-8226

RJM Acquisitions Funding, LLC*
575 Underhill Blvd S.
Syosset, NY 11791-4437

Receivables Management Inc
Attn: Bankruptcy
Lansing, IL 60438

Recovery Management Systems
25 SE 2nd Ave  Ste 1120
c/o Centurion/Bank of Marin
Miami, FL 33131-1605

Recovery Management Systems
c/o of Bally's Total Fitness
25 SE 2nd Ave  Ste 1120
Miami, FL 33131-1605

Rush Medical Center
1700 W. Van Buren Street
Ste 161 TOB
Chicago, IL 60612-3228

Sears/cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Southwest Credit Syste
4120 International Parkway Suite 1100
Carrollton, TX 75007-1958

St. Margaret Mercy ER Physicians
PO Box 291805
Dayton, OH 45429-0805

The Affiliated Group I
316 1st Ave SW
Rochester, MN 55902

U.S. Dept of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403-5609

Unv Fidlty
1445 Langham Creek
Houston, TX 77084-5012

Xcel Energy
414 Nicollet Mall
Minneapolis, MN 55401-1993

Barry A Chatz
Arnstein & Lehr
120 South Riverside Plaza Ste 1200
Chicago, IL 60606-3910

Collette Anderson-Tillman
1416 Shirley Drive
Calumet City, IL 60409-6015

Ernesto D Borges
Law Offices of Ernesto Borges
105 W Madison Street
23rd Floor
Chicago, IL 60602-4647

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 13-08188<br>Northern District of Illinois<br>Chicago<br>Tue Mar 25 16:00:47 CDT 2014 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| America's Fi<br>1415 W 22nd St.<br>Oak Brook, IL 60523-2074 | American Financial Cre<br>10333 N Meridian St. Suite 70<br>Indianapolis, IN 46290-1144 | Arnel, Inc. / Lawndale Apartments<br>1550-169th Street<br>Hammond, IN 46324-1719 |
| Arnold Scott Harris, P.C.<br>222 Merchandise Mart Plaza<br>Suite 1932<br>Chicago, IL 60654-1420 | Asset Acceptance L.L.C.<br>P.O. Box 2036<br>Warren, MI 48090-2036 | Atlas Acquisitions LLC<br>Attn Avi Schild<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Cavalry Portfolio Svcs.<br>7 Skyline Dr.<br>3rd Floor<br>Hawthorne, NY 10532-2162 | Cb Usa Inc<br>5252 S Hohman Ave<br>Hammond, IN 46320-1723 |
| Cda/pontiac<br>Attn: Bankruptcy<br>Po Box 213<br>Streator, IL 61364-0213 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chicago Institute of Neurosurgery<br>c/o James T. Gately Attorney at Law<br>8233 W. 185th Street<br>Tinley Park, IL 60487-9220 |
| City of Chicago Dept of Revenue<br>121 N. LaSalle Street<br>Chicago, IL 60602-1288 | ComEd<br>3 Lincoln Center<br>Attn: Bkcy Group-Claims Department<br>Oakbrook Terrace, IL 60181-4204 | Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 |
| Credit Collection Services<br>Client Services<br>2 Wells Ave.<br>Newton Center, MA 02459-3208 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | Dependon Collection Se<br>Attn: Bankruptcy<br>Po Box 4833<br>Oak Brook, IL 60522-4833 |
| Dependon Collection Service, Inc.<br>PO Box 4833<br>Oak Brook, IL 60522-4833 | ER Solutions<br>Po Box 9004<br>Renton, WA 98057-9004 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Eos Cca<br>700 Longwater Dr<br>Norwell, MA 02061-1624 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| HSBC/Menards<br>Attn: Bankruptcy<br>Pob 5263<br>Carol Stream, IL 60197-5263 | Illinois Collection Service<br>8231 W. 185th<br>Ste 100<br>Tinley Park, IL 60487-9356 | Illinois Tollway<br>Attn: Violation Administration Cent<br>2700 Ogden Avenue<br>Downers Grove, IL 60515-1703 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Zeljko Popovic
Law Offices of Ernesto Borges
105 West Madison, 23rd Floor
Chicago, IL 60602-4647

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982235
El Paso, TX 79998

End of Label Matrix
Mailable recipients    61
Bypassed recipients     0
Total                  61

UNITED STATES BANKRUPTUCY COURT
NORTHERN DIDISTIRCT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    )
                                          )   13-08188
                                          )   Chapter 7
                                          )   Judge Carol A. Doyle
Collette Anderson-Tillman                 )

## MOTION TO REOPEN DEBTOR'S CHATER 7 CASE

Now comes Debtor, Collette Anderson-Tillman and moves this Honorable Court to Reopen Debtor's Chapter 7 Case, which was closed on June 20, 2013 and in support thereof states as follows:

1. The Debtor filed a petition for relief pursuant to Chapter 7, Title 11 U.S. C. on March 1, 2013.

2. That the first 341 Meeting of Creditors was heard on April 19, 2013.

3. A No Asset Report was issued on May 23, 2013.

4. The Debtor is required to take a Personal Financial Management Course under Title 11 U.S. C. Section 109(h).

5. The Debtor's was closed without discharge on June 20, 2013.

6. The Debtor took the course on June 24, 2013. See Attached Exhibit A.

7. The Debtor need to have his case re-opened, so that the Personal Financial Management Certificate can be filed with the court and so that the Debtor can receive his or her discharge.

**WHEREFORE,** Debtor prays that this Court Order Debtor's case re-opened and for such other and further relief this court deems just and proper

/s/Collette Anderson-Tillman

Collette Anderson-Tillman
852 Ashley Lane
Stone Mountain Ga 30087
PH# 678-939-9659

March 3, 2014

Honorable Bruce W. Black
Chief Presiding Judge
U. S. Bankruptcy Court
Northern District Of Illinois
219 South Dearborn
Chicago, IL 60604

Dear Esquire Black:

My name is Collette Anderson and I am throwing myself on the mercy of the court. Why?

I relocated to Stone Mountain Georgia to better myself and I need your assistance. I must have my bankruptcy reopen to have it discharge, my dilemma Honorable Black is this my case of Chapter 7 was closed because I completed my financial counseling on the 24th of June and my Bankruptcy was closed on the 22nd of June. (days made a difference and it hurt me not being explained how the procrastination spirit that I am working to overcome is my downfall, this I am sorry for.)

I live on exactly $754.00 from Social Security(letter attached) with $520.00 allotted out to my rent and $57.00 for my health insurance, $28.00 automobile insurance, and $55.00 payable for my phone bill to Sprint and the balance if available is for gas (job search) church and other minor expenses. I cannot even come home yet because I am seeking a job as a teacher and down here they don't recognize that I have a BA in Liberal Arts because I must return to school to obtain my AA in ECE so that I may return back to school as a Teacher.

Please Sir I cannot pay the $200.00 to have my case re-open so that my discharged can be completed and then it's closed so my creditors cannot harass me as they are doing. I moved to Georgia to start my life over at the age of 67 young so that I can have some peace and so far it has been in vain. I need your help I can't come back there my car is sort of sick it needs repairs and I can barely paid to have worked on completely I having to piece meal out monies for this work yet it's still falling apart it's a 1967 Grand Prix Pontiac.

I am enclosing a copy of my license and my letter from Social Security to prove that I need to have that filing fee of $200.00 waive for I am in a poverty stricken stage I am humbling myself to you begging that you will forgo my appearance and waive the fee. I need your help desperately most of the companies that I have applied for work are now doing credit checks today.

If you need to speak with me directly feel free to contact me at 678-939-9659 I truly will be grateful for your support and encouragement in assisting me to better myself and Ernesto Borges is my attorney. God bless you and if you decide that my plight does not warrant your assistance I will understand this and I will not bother you again.

Sincerely

*Collette Anderson* (signature)

Collette Anderson
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

2309 Summit Creek Drive
Stone Mtn GA 30083

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-619-2779. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 418 E DOUGLAS STREET
> HAMMOND IN 46320

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Carolyn W. Colvin*
Carolyn W. Colvin
Acting Commissioner of
Social Security

```
*** REC 2013057  145925 HE550BE0 BOKD  CIPQYA7   PQA7   (F-FW5 )  ***


1099   DTE:02/26/13   SSN:                    DOC:G30 UNIT:1E10AH  PG: 001

         +++++FORM SSA-1099 - SOCIAL SECURITY BENEFIT STATEMENT - 2010+++++
         +PART OF YOUR SOCIAL SECURITY BENEFITS MAY BE TAXABLE INCOME FOR 2010.
         +USE $  8172.00 FROM BOX 5 BELOW WITH IRS NOTICE 703 TO SEE IF ANY PART
          OF YOUR BENEFITS MAY BE TAXABLE ON YOUR FEDERAL INCOME TAX RETURN.
         +ALSO SEE ATTACHED GENERAL INFORMATION.

BOX 1. NAME-COLLETTE ANDERSON
BOX 2. BENEFICIARY SOCIAL SECURITY NUMBER-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 (SEE BOX 8 BELOW)
BOX 3. BENEFITS FOR 2010- $  8172.00 (SEE DESCRIPTION OF AMOUNT IN BOX 3 BELOW)
BOX 4. BENEFITS REPAID TO SSA IN 2010-NONE
         (SEE DESCRIPTION OF AMOUNT IN BOX 4 BELOW)
BOX 5. NET BENEFITS (BOX 3 MINUS BOX 4) FOR 2010-$  8172.00
BOX 6. VOLUNTARY FEDERAL INCOME TAX WITHHELD-NONE
BOX 7. ADDRESS-COLLETTE ANDERSON        1416 SHIRLEY DR
           CALUMET CITY IL 60409-6015
BOX 8. CLAIM NUMBER-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A  (USE THIS NUMBER IF YOU NEED TO CONTACT SSA)

+++DESCRIPTION OF AMOUNT IN BOX 3+++
ADD:
PAID BY CHECK OR DIRECT DEPOSIT------------------------------------------$  8172.00
MEDICARE PART B----------------------------------------------------------$     0.00
MEDICARE PART C----------------------------------------------------------$     0.00
MEDICARE PART D----------------------------------------------------------$     0.00
WORKERS COMPENSATION OFFSET----------------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS---------------------------------$     0.00
PAID TO ANOTHER FAMILY MEMBER--------------------------------------------$     0.00
ATTORNEY FEES------------------------------------------------------------$     0.00
VOLUNTARY FEDERAL INCOME TAX WITHHELD------------------------------------$     0.00
BENEFIT PAYMENT OFFSET - TREASURY----------------------------------------$     0.00
                                             TOTAL ADDITIONS-$  8172.00
SUBTRACT:
NONTAXABLE PAYMENTS------------------------------------------------------$     0.00
AMOUNTS FOR OTHER FAMILY MEMBERS PAID TO YOU-----------------------------$     0.00
                                           TOTAL SUBTRACTIONS-$     0.00
               BENEFITS FOR 2010 (AMOUNT SHOWN IN BOX 3)-$  8172.00

+++DESCRIPTION OF AMOUNT IN BOX 4+++
ADD:
CHECKS RETURNED TO SSA---------------------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS---------------------------------$     0.00
OTHER REPAYMENTS---------------------------------------------------------$     0.00
          BENEFITS REPAID TO SSA IN 2010 (AMOUNT SHOWN IN BOX 4)-$      0.00
```

```
***  REC 2013057   145937 HE550BE0 BOKD  CIPQYA7    PQA7    (F-FW5 )   ***

1099   DTE:02/26/13  SSN:              DOC:G30 UNIT:1E10AH  PG: 001
```

+++++FORM SSA-1099 - SOCIAL SECURITY BENEFIT STATEMENT - 2011+++++
+PART OF YOUR SOCIAL SECURITY BENEFITS MAY BE TAXABLE INCOME FOR 2011.
+USE $ 8293.00 FROM BOX 5 BELOW WITH IRS NOTICE 703 TO SEE IF ANY PART
 OF YOUR BENEFITS MAY BE TAXABLE ON YOUR FEDERAL INCOME TAX RETURN.
+ALSO SEE ATTACHED GENERAL INFORMATION.

BOX 1. NAME-COLLETTE ANDERSON
BOX 2. BENEFICIARY SOCIAL SECURITY NUMBER-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 (SEE BOX 8 BELOW)
BOX 3. BENEFITS FOR 2011- $ 8293.00 (SEE DESCRIPTION OF AMOUNT IN BOX 3 BELOW)
BOX 4. BENEFITS REPAID TO SSA IN 2011-NONE
       (SEE DESCRIPTION OF AMOUNT IN BOX 4 BELOW)
BOX 5. NET BENEFITS (BOX 3 MINUS BOX 4) FOR 2011-$ 8293.00
BOX 6. VOLUNTARY FEDERAL INCOME TAX WITHHELD-NONE
BOX 7. ADDRESS-COLLETTE ANDERSON        1416 SHIRLEY DR
       CALUMET CITY IL 60409-6015
BOX 8. CLAIM NUMBER-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A  (USE THIS NUMBER IF YOU NEED TO CONTACT SSA)

+++DESCRIPTION OF AMOUNT IN BOX 3+++
ADD:
PAID BY CHECK OR DIRECT DEPOSIT----------------------------------------$   8183.00
MEDICARE PART B-------------------------------------------------------$      0.00
MEDICARE PART C-------------------------------------------------------$      0.00
MEDICARE PART D-------------------------------------------------------$      0.00
WORKERS COMPENSATION OFFSET-------------------------------------------$      0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS------------------------------$    110.00
PAID TO ANOTHER FAMILY MEMBER-----------------------------------------$      0.00
ATTORNEY FEES---------------------------------------------------------$      0.00
VOLUNTARY FEDERAL INCOME TAX WITHHELD---------------------------------$      0.00
BENEFIT PAYMENT OFFSET - TREASURY-------------------------------------$      0.00
                                              TOTAL ADDITIONS-$    8293.00
SUBTRACT:
NONTAXABLE PAYMENTS---------------------------------------------------$      0.00
AMOUNTS FOR OTHER FAMILY MEMBERS PAID TO YOU--------------------------$      0.00
                                           TOTAL SUBTRACTIONS-$       0.00
              BENEFITS FOR 2011 (AMOUNT SHOWN IN BOX 3)-$   8293.00

+++DESCRIPTION OF AMOUNT IN BOX 4+++
ADD:
CHECKS RETURNED TO SSA-----------------------------------------------$       0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS-----------------------------$       0.00
OTHER REPAYMENTS-----------------------------------------------------$       0.00
         BENEFITS REPAID TO SSA IN 2011 (AMOUNT SHOWN IN BOX 4)-$            0.00

Text Size:



UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
Bruce W. Black, Chief Judge | Jeffrey P. Allsteadt, Clerk of the Court

Search this site

| Home | Court Information | Judges | Forms | Filing Without an Attorney | Case Information | Fees | Rules and Procedures | Trustees |

All Opinions

Court Calendar

Mediation

  Chief Judge Bruce W. Black

  Judge Janet S. Baer

  Judge Timothy A. Barnes

  Judge Donald R. Cassling

  Judge Jacqueline P. Cox

  Judge Carol A. Doyle

    Biography

    Chicago Motion/Adversary Schedule

    Court Calendar

    Megacase Schedule

    Opinions / Outlines

  Judge A. Benjamin Goldgar

  Judge Pamela S. Hollis

  Judge Thomas M. Lynch

  Judge Jack B. Schmetterer

  Judge Eugene R. Wedoff

Home » Judges » Judge Carol A. Doyle

# Judge Carol A. Doyle - Chicago Motion/Adversary Schedule

**Judge Doyle will not be sitting the following dates:**

Monday March 31, 2014
Tuesday April 1, 2014
Wednesday April 2, 2014
Thursday April 3, 2014
Friday April 4, 2014
Monday April 7, 2014
Tuesday April 8, 2014
Monday May 12, 2014
Tuesday May 13, 2014

| Courtroom No. 742 ||
|---|---|
| **Chapter 7 and Chapter 11 Motions** Wednesday and Thursday at 10:00 a.m. | **Chapter 13 Motions** Tuesdays at 9:30 a.m. |
| **Chapter 7 and Chapter 11 Adversaries** Wednesday and Thursday at 10:30 a.m. | **Chapter 13 Set Matters and Advesaries** Tuesdays at 10:00 a.m. |
| **Chapter 7 and Chapter 11 Set Matters** Wednesday and Thursday at 10:30 a.m. | **Chapter 13 Confirmation Hearings** Tuesdays at 10:30 a.m. |
| **Chapter 7 and Chapter 11 Involuntary Petitions** Wednesday at 10:30 a.m. | |

**Notes:** If you will be setting more than Ten (10) Adversary Status Hearing Dates on a Bankruptcy Matter please contact the Judges Chambers for the Day and Time for said Hearing.

New motions in adversary proceedings should be noticed for 10:00 a.m. unless the underlying adversary is up for status on the same day. If the adversary is up for status, new adversary motions can be noticed for the same time as the adversary status.

Trustee's Final Reports should be scheduled at 10:30 a.m. with set matters.

Routine motions and other motions to which no objection is expected may be listed as WILL BE GRANTED WITHOUT HEARING UNLESS AN OBJECTING PARTY REQUESTS THAT THE COURTROOM DEPUTY CALL THE CASE IN OPEN COURT.
Please refer to Procedures for Cases Assigned to Judge Doyle for further information.

MEANSNO, CLOSED

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
### Bankruptcy Petition #: 13-08188

*Assigned to:* Honorable Judge Carol A. Doyle
Chapter 7
Voluntary
No asset

*Date filed:* 03/01/2013
*Date terminated:* 06/20/2013
*341 meeting:* 05/22/2013
*Deadline for objecting to discharge:* 06/18/2013

*Debtor disposition:* Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt

*Debtor*
**Collette Anderson-Tillman**
1416 Shirley Drive
Calumet City, IL 60409
COOK-IL
SSN / ITIN: xxx-xx-0942
*fka* **Adenike Ajanaku**
*fka* **Collette Anderson**

represented by **Ernesto D Borges**
Law Offices of Ernesto Borges
105 W Madison Street
23rd Floor
Chicago, IL 60602
312- 853-0200
Email: notice@billbusters.com

**Zeljko Popovic**
Law Offices of Ernesto Borges
105 West Madison, 23rd Floor

Chicago, IL 60602
312-853-0200
Fax : 312-873-4693
Email: notice@billbusters.com

*Trustee*
**Barry A Chatz**
Arnstein & Lehr
120 South Riverside Plaza Ste 1200

Chicago, IL 60606
312-876-7100

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 03/30/2013 | ◉10 (1 pg) | Request for Service of Notices Filed by Atlas Acquisitions LLC. (Schild, Avi) (Entered: 03/30/2013) |
| 04/22/2013 | ◉11 | Statement Adjourning Meeting of Creditors. Section 341(a) Meeting Continued on 5/22/2013 at 11:30 AM at 219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, Illinois 60604. (Chatz, Barry) (Entered: 04/22/2013) |
| 05/20/2013 | ◉12 (1 pg) | Notice of Required Document(s) for Discharge. (admin) (Entered: 05/20/2013) |
| 05/20/2013 | ◉13 (3 pgs) | BNC Certificate of Notice - Notice of Required Document(s) for Discharge (RE: 12 Notice of Required Document(s) for Discharge - Auto). No. of Notices: 1. Notice Date 05/22/2013. (Admin.) (Entered: 05/23/2013) |
|  | ◉14 | Chapter 7 Trustee's Report of No Distribution: I, Barry A Chatz, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a |

| | | |
|---|---|---|
| 05/23/2013 | | diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 3 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 2780.00, Claims Scheduled: $ 153331.91, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 153331.91. (Chatz, Barry) (Entered: 05/23/2013) |
| 06/20/2013 | 15 (1 pg) | Case Closed Without Discharge and Trustee Discharged for Debtor . (Hamilton, Annette) (Entered: 06/20/2013) |
| 06/20/2013 | 16 (4 pgs) | BNC Certificate of Notice - Notice of Chapter 7 Case Closed Without Discharge (RE: 15 Case Closed Without Discharge). No. of Notices: 37. Notice Date 06/22/2013. (Admin.) (Entered: 06/22/2013) |
| 08/01/2013 | 17 (3 pgs; 2 docs) | Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management Filed by Ernesto D Borges on behalf of Collette Anderson-Tillman. (Attachments: # 1 Document Continued) (Borges, Ernesto) (Entered: 08/01/2013) |

| | | |
|---|---|---|
| 01/14/2014 | 18 (3 pgs) | Letter: Re: Reopening Case and Waiving Reopening Fee Filed by Collette Anderson-Tillman . (Hamilton, Annette) Additional attachment(s) added on 1/15/2014 (Hamilton, Annette). Modified on 1/15/2014 to attach correct PDF (Hamilton, Annette). (Entered: 01/15/2014) |
| 01/15/2014 | 19 | CORRECTIVE ENTRY to attach correct PDF (RE: 18 Letter). (Hamilton, Annette) (Entered: 01/15/2014) |

United States Bankruptcy Court
Northern District of Illinois
Eastern       Division

*Notice of Deficient Filing*

Date: 06/02/2014

| Collette Anderson-Tillman  852 Ashley LN  Stone Mountain | 13-08188  Case Number |

Collette Anderson-Tillman
Case Name

RE:    Notice of Motion and Motion to Reopen Debtor's Chapter 7 Case
Document title (if Needed):

Please be advised that the attached or above described case or document was accepted for filing in a deficient form on: 06/02/2014    . The filing was deficient for the following reason(s):
Date

☐ Insufficient Copies

☑ Required fee did not accompany filing

☐ Documents were not signed

☐ Over 2000 creditors, contact Judge and Clerk of Court

☐ Venue may be deemed improper

☐ Missing required documents (list documents):

Other: Re-opening fee of $260 is missing from the filing and debtor's written signatures.

Amilany Jauregui
Deputy Clerk

cc:    ☐ Case Administration
       ☐ Judge
       ☐ Trustee