UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE# 13-08188 |
| | ) | CHAPTER 7 |
| COLLETTE ANDERSON-Tillman | ) | JUDGE CAROL A. DOYLE |
| | ) | |
| | ) | |

ORDER REOPENING DEBTOR'S CHAPTER 7 CASE

This cause coming on to be heard on the motion of the Debtor's to Reopen Debtor's Chapter 7 case; the Court being advised in the premises, due notice having been given:

**IT IS ORDERED:**

1. Case is re-opened so that the Debtor may file the Personal Financial Management Course Certificate and obtain discharge.

_____                   _____
DATE                                                     Honorable Carol A. Doyle
                                                              U. S. Bankruptcy Judge