Certificate Number: 03844-ILN-DE-021262500

Bankruptcy Case Number: 13-08188



03844-ILN-DE-021262500

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2013, at 1:15 o'clock PM EDT, Collette Anderson-Tillman completed a course on personal financial management given by internet by Start Fresh Today Instructional, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: June 24, 2013          By: /s/Michael Robinson

                             Name: Michael Robinson

                             Title: Educator