UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-08188 |
| Collette Anderson-Tillman | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Carol Doyle |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING MOTION TO WAIVE REOPENING FEE AND CONTINUING MOTION
TO REOPEN TO JULY 17, 2014 AT 10:30 A.M.**

This matter is before the court on the debtor's motion to reopen her bankruptcy case and to waive the reopening fee.

IT IS ORDERED that the motion to waive the reopening fee is denied.

IT IS FURTHER ORDERED that the motion to reopen the case is continued for hearing on July 17, 2014 at 10:30 a.m. in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois. The reopening fee must be paid before the case will be reopened.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  June 18, 2014